IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

MARCUS WAYNE FIELDS,
ADC #150118                                                                                            PLAINTIFF

V.                              No. 2:12-cv-215 KGB/JTR

DANNY BURL, Warden,
East Arkansas Regional Unit, et al.                                                        DEFENDANTS

## JUDGMENT

Consistent with the Opinion and Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

SO ORDERED this 8 day of November, 2012.

_____
Kristine G. Baker
United States District Judge